FILED
JUL - 8 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
        Plaintiff, )
        v. ) 2:11-CR-188-RLH-(CWH)
ANTOUN JEAN FATA, )
        Defendant. )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 8, 2013, defendant ANTOUN JEAN FATA pled guilty to Count Nine a Nine-Count Superseding Criminal Indictment charging him with Illegal Transport or Receipt of Firearm Acquired Outside State of Residence, in violation of Title 18, United States Code, Sections 922(a)(3). Superseding Criminal Indictment, ECF No. 18; Plea Agreement, ECF No. ___.

This Court finds defendant ANTOUN JEAN FATA agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Superseding Criminal Indictment and agreed to in the Plea Agreement. Superseding Criminal Indictment, ECF No. 18; Plea Agreement, ECF No. ___.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Superseding Criminal Indictment, the Plea Agreement, and the offense to which defendant ANTOUN JEAN FATA pled guilty. Superseding Criminal Indictment, ECF No. 18; Plea Agreement, ECF No. ___.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(C) and Title 28, United States Code, Section 2461(c):

1. a Desert Eagle .44 caliber pistol bearing serial number 95207237;
2. a Glock 21 .45 caliber pistol bearing serial number NEL628;
3. a Desert Eagle .357 caliber pistol bearing serial number 72501S;
4. a Heckler and Koch .45 caliber pistol bearing serial number 25054910;
5. a Glock 21 .45 caliber pistol bearing serial number PZB814;
6. a Desert Eagle .44 caliber pistol bearing serial number 25065;
7. a Glock 9 millimeter pistol bearing serial number RBR358;
8. a Glock 21 .45 caliber pistol bearing serial number LSF594;
9. a Glock 9 millimeter pistol bearing serial number REL461;
10. a Glock 22 .40 caliber pistol bearing serial number PXA460;
11. a Glock 27 .40 caliber pistol bearing serial number GDH884;
12. a Glock 30 .45 caliber pistol bearing serial number NKT023;
13. a Glock 9 millimeter pistol bearing serial number RLG882;
14. a Glock 9 millimeter pistol bearing serial number RNK037;
15. a Glock 9 millimeter pistol bearing serial number RLG764;
16. a Glock 9 millimeter pistol bearing serial number RDU368;
17. a Glock 9 millimeter pistol bearing serial number PZV024;
18. a Glock 27 .40 caliber pistol bearing serial number RNM677;
19. a Glock 27 .40 caliber pistol bearing serial number RBR352;
20. a Glock 27 .40 caliber pistol bearing serial number RBP746;
21. a Glock 30 .45 caliber pistol bearing serial number RFZ103;
22. a Glock 9 millimeter pistol bearing serial number RBN094;
23. a Desert Eagle .44 caliber pistol bearing serial number 38203622;
24. a Desert Eagle .44 caliber pistol bearing serial number 37205254;

1    25.    a Glock 30 .45 caliber pistol bearing serial number PNU355;

2    26.    a Glock 30 .45 caliber pistol bearing serial number NZB986; and

3    ~~27.    any and all ammunition.~~  PNS

("property");

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ANTOUN JEAN FATA in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

. . .

. . .

3

1  Michael A. Humphreys
   Assistant United States Attorney
2  Daniel D. Hollingsworth
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 8 day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE